**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOHNNIE BYNUM, individually and on behalf of all others similarly situated,

                     Plaintiffs,

-against-                                   20 **CIVIL** 6878 (MKV)

## JUDGMENT

FAMILY DOLLAR STORES, INC.,

                     Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2022, Defendant's Motion to Dismiss is GRANTED. Defendant's request for oral argument is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 22, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                           **BY:**        *K. Mango*

                                                       **Deputy Clerk**